```
                    ✓ FILED         ___ RECEIVED
                    ___ ENTERED     ___ SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                           DEC - 6 2010

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-CR-290-RLH-PAL |
| v. ) | |
| ) | |
| CAMERON UDY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On December 1, 2010, defendant CAMERON UDY pled guilty to a One Count Criminal Information charging him with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment.

This Court finds that CAMERON UDY shall pay an *in personam* criminal forfeiture money judgment of $100,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . . .

. . . .

. . . .

. . . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CAMERON UDY an *in personam* criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency.

DATED this 6st day of December, 2010

_____
UNITED STATES DISTRICT JUDGE

2