# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-290-RLH (PAL) |
| ) | |
| CAMERON UDY, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER OF FORFEITURE

On December 6, 2010, defendant CAMERON UDY pled guilty to a One Count Criminal Information charging him with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in Forfeiture Allegation One of the Criminal Information.

This Court finds that CAMERON UDY shall pay an *in personam* criminal forfeiture money judgment of $100,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CAMERON UDY an *in personam* criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency.

DATED this 8th day of December, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2